**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CENTERONE FINANCIAL**                                          **PLAINTIFFS**
**SERVICES, LLC and MITSUBISHI**
**MOTOR CREDIT OF AMERICA, INC.**
**VS.**                                      **CIVIL ACTION NO.: 5:06 CV 5 DCB-JCS**
**HATTIE DAVIS and KATORIA**                              **DEFENDANTS**
**FLEMING**

## ORDER EXTENDING TIME TO RESPOND

THIS MATTER came before the Court on the request by CenterOne Financial Services, LLC and Mitsubishi Motor Credit of America, Inc. for additional time to file a response to the Motion to Remand filed on behalf of Hattie Davis and Katoria Fleming, and the Court, being fully advised in the premises, and being further advised that counsel for Davis and Fleming have no objection to said extension, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the response of CenterOne Financial Services, LLC and Mitsubishi Motor Credit of America, Inc. to the Motion to Remand shall be filed on or before March 10, 2006.

SO ORDERED, this the 6th day of March, 2006.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE