IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**CENTERONE FINANCIAL SERVICES, LLC and**
**MITSUBISHI MOTORS CREDIT**
**OF AMERICA, INC.**                                          **PLAINTIFFS/**
                                                                        **COUNTER-DEFENDANTS**

**VS**                                      **CAUSE NO.: <u>5:06-CV-00005-DCB-JMR</u>**

**HATTIE DAVIS and**                                         **DEFENDANTS/**
**KATORIA FLEMING**                                   **COUNTER-PLAINTIFFS**

<u>**ORDER EXTENDING TIME TO RESPOND**</u>

**THIS MATTER** came before the Court the Motion *Ore Tenus* reply by Hattie Davis and Katoria Fleming for additional time to file a response to CenterOne Financial Services, LLC and Mitsubishi Motors Credit of America's Inc. a Response in Opposition to Hattie Davis and Katoria Fleming's Motion to Remand.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the response of Hattie Davis and Katoria Fleming shall be filed on or before March 31, 2006.

                                                      s/ David Bramlette
                                       **UNITED STATES DISTRICT JUDGE**
                                                       3/22/2006

**PRESENTED BY:**

**DAVID M. READ**
**P.O. BOX 478**
**NATCHEZ, MS 39121**
**(601) 442-9714**

**DEBORAH McDONALD**
**P.O. BOX 2038**
**NATCHEZ, MS 39121**
**(601) 4455-5577**